**UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE**

| | |
|---|---|
| METH LAB CLEANUP, LLC, AN IDAHO LIMITED LIABILITY COMPANY<br>Plaintiff/Petitioner | Cause #:   02:14-CV-01259 RAJ |
| vs.<br>BIO CLEAN, INC., A WASHINGTON CORPORATION, AND THERESA BORST, AN INDIVIDUAL<br>Defendant/Respondent | Declaration of Service of:<br>SUMMONS IN A CIVIL ACTION; COMPLAINT FOR IJUNCTIVE RELIEF, DAMAGES AND JURY DEMAND<br><br>Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Aug 20 2014  2:44PM at the address of 3316 OLD HARTFORD RD #A2 LAKE STEVENS, within the County of SNOHOMISH, State of WASHINGTON, the declarant duly served the above described documents upon THERESA BORST   by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with THERESA BORST Who accepted service, with identity confirmed by verbal communication, a white female approx. 45-55 years of age, weighing 140-160 lbs with brown hair with glasses..

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: August 21, 2014 at Everett, WA

by _____   Service Fee Total: $ 50.00
         K. Devoe



ABC Legal Services, Inc.
206 521-9000
Tracking #: 30272283

**ORIGINAL PROOF OF SERVICE**

Page 1 of 1

Meth Lab Cleanup v. Bio Clean,
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
1221 Brickell Avenue Suite 2400
Miami, FL 33131
305-374-8303