The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| METH LAB CLEANUP, LLC, an Idaho limited liability company,<br><br>　　　　Plaintiff,<br>v.<br><br>BIO CLEAN, INC., a Washington Corporation, and THERESA BORST, an individual,<br><br>　　　　Defendants.<br><br>BIO CLEAN, INC., a Washington corporation,<br><br>　　　　Counterclaim Plaintiff,<br>v.<br><br>METH LAB CLEANUP LLC, an Idaho limited liability company,<br><br>　　　　Counterclaim Defendant. | Case No. 2:14-cv-01259-RAJ<br><br>**DECLARATION OF DEREK LINKE IN SUPPORT OF COUNTERCLAIM PLAINTIFF BIO CLEAN, INC.'S MOTION FOR ENTRY OF DEFAULT AGAINST COUNTERCLAIM DEFENDANT METH LAB CLEANUP LLC**<br><br>NOTE ON MOTION CALENDAR: November 26, 2014 |

LINKE DECL. IN SUPP. BIO CLEAN, INC.'S
MOT. FOR ENTRY OF DEFAULT - 1
2:14-cv-01259-RAJ

NEWMAN DU WORS LLP

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

I, Derek Linke, declare as follows:

1. I am over the age of eighteen years and competent to testify in this matter. I am counsel of record for Defendant and Counterclaim Plaintiff Bio Clean, Inc. and Defendant Theresa Borst, and testify from my own personal knowledge.

2. On August 15, 2014, Meth Lab Cleanup initiated this trademark-infringement action against Bio Clean, Inc. and Theresa Borst.

3. On October 15, 2015 Bio Clean filed its Answer, Affirmative Defenses, and Counterclaims (Counterclaims) (Dkt. #17) in response to Meth Lab Cleanup's Complaint.

4. Bio Clean's Counterclaims affirmatively seek a judgment of affirmative relief against Meth Lab Cleanup: the cancellation of Meth Lab Cleanups' federal trademark registrations on the grounds that they are generic for "meth lab cleanup services" and were obtained based on fraudulent representations to the U.S. Patent & Trademark Office during prosecution. (Counterclaims, Prayer for Relief.)

5. Bio Clean served its Counterclaims on Meth Lab Cleanup when I filed it with the Court's ECF system, which delivered a copy to Meth Lab Cleanup's counsel of record, as indicated on my Certificate of Service included in the Counterclaims.

6. Under Rule 12(a)(B), Meth Lab Cleanup's response to Bio Clean's Counterclaims was due within 21 days of the October 15 service, which was November 5, 2014.

7. Meth Lab Cleanup did not file and serve a response to Bio Clean's Counterclaims by November 5, 2014. (*Id.* ¶ 7.)

8. On November 12, 2014, Meth Lab Cleanup still had not responded to Bio Clean's Counterclaim.

9. So on November 12, 2014, my co-counsel, Defendants' lead counsel Robert Waters, provided written notice to Meth Lab Cleanup's counsel of record of Bio Clean's intention to seek entry of default within fourteen days if Meth Lab Cleanup did not respond to Bio Clean's Counterclaims. Mr. Waters provided the notice in an email to

LINKE DECL. IN SUPP. BIO CLEAN, INC.'S
MOT. FOR ENTRY OF DEFAULT - 2
2:14-cv-01259-RAJ

NEWMAN DU WORS LLP

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

Meth Lab Cleanup's counsel of record, Michael Atkins. A true and correct copy of Mr. Waters' email, on which I was copied when it was sent, is attached hereto as **Exhibit A**.

10. It has been fourteen days since Bio Clean provided written notice of its intention to move for entry of default on November 12, 2014.

11. Meth Lab Cleanup has not filed and served an answer to Bio Clean's Counterclaims or otherwise defended them.

Executed under penalty of perjury under the laws of the United States on November 26, 2014 at Seattle, Washington.

s/ Derek Linke
Derek Linke

LINKE DECL. IN SUPP. BIO CLEAN, INC.'S
MOT. FOR ENTRY OF DEFAULT - 3
2:14-cv-01259-RAJ

NEWMAN DU WORS LLP

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800